P. Craig Silva (Bar No. 6-3066)
Williams, Porter, Day & Neville, PC
P.O. Box 10700
Casper, WY 82602
307-265-0700 Phone
307-266-2306 Facsimile
csilva@wpdn.net

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| *ex rel*. **GALE BRYDEN,** | § | |
| | § | |
| **Plaintiffs,** | § | **Civil Action No. 07-cv-251-J** |
| | § | **Judge Alan B. Johnson** |
| **vs.** | § | |
| | § | |
| **WYOMING MEDICAL CENTER,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STATUS REPORT

Pursuant to the Court's Order entered July 16, 2012 (Doc. 55), the parties submit this status report to the Court. The parties have reached agreement to resolve the claims asserted by Relator on behalf of the United States and on behalf of herself against Defendant. The sole issue remaining to be resolved is Relator's share of the amount that will be paid to the United States. Because the parties are actively pursuing a full settlement of all claims, the parties request that a status conference in this matter be deferred for another thirty days.

The undersigned counsel has conferred with counsel for Relator and counsel for the United States, and they consent to the filing of this status report.

Dated:  August 15, 2012                    Respectfully submitted,

                                           WYOMING MEDICAL CENTER


                                           By: */s/ P. Craig Silva*
                                               P. Craig Silva (Bar No. 6-3066)
                                               Williams, Porter, Day & Neville, PC
                                               P.O. Box 10700
                                               Casper, WY  82602
                                               Telephone:  (307) 265-0700
                                               Facsimile:  (307) 266-2306


## CERTIFICATE OF SERVICE

        I hereby certify that on this 15th day of August 2012, I caused a true and correct copy of the foregoing document to be served via the Court's electronic case management system to:

        Jeffrey C. Gosman Esq.
        Gosman's Law Office
        P.O. Box 51267
        Casper, WY  82601


        Mark Klaassen
        Assistant U.S. Attorney
        U.S. Department of Justice
        P.O. Box 668
        Casper, WY  82003-0668


                                           */s/ P. Craig Silva*
                                           P. Craig Silva


195668


2